■ In the Matter of COUNTY OF HERKIMER, Respondent, v RICHARD F. DAINES, as Commissioner of New York State Department of Health, et al., Appellants. [921 NYS2d 584]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered May 3, 2010 in a proceeding pursuant to CPLR article 78. The judgment, among other things, granted the petition and directed respondents to reimburse petitioner the sum of $692,296.37.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by vacating subparagraph (B) of the second decretal paragraph and as modified the judgment is affirmed without costs (*see Matter of County of St. Lawrence v Daines*, 81 AD3d 212 [2011]; *Matter of County of Niagara v Daines*, 79 AD3d 1702, 1705-1706 [2010]). Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.

■ THE TRAVELERS INDEMNITY COMPANY, Plaintiff, v ELLIOTT COMPANY et al., Respondents, and CARRIER CORPORATION, Appellant, et al., Defendants. [921 NYS2d 584]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered December 9, 2009. The order denied the motion of defendant Carrier Corporation for partial summary judgment against defendants Elliott Company and Elliott Turbomachinery Co., Inc.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.